S. LANE TUCKER
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>TIMOTHY LYNN BECKINGHAM, MARK PAVEL CILOCI, AND MATTHEW DAVID WENDEL,<br><br>    Defendants. | No.   4:23-cr-00017-RRB-SAO<br><br>COUNT 1<br>CONSPIRACY TO INTERFERE WITH INTERSTATE COMMERCE BY ROBBERY<br>   Vio. of 18 U.S.C. § 1951(a)<br><br>COUNTS 2,4<br>INTERFERENCE WITH INTERSTATE COMMERCE BY ROBBERY<br>   Vio. of 18 U.S.C. § 1951(a)<br><br>COUNTS 3,5<br>BRANDISHING FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE<br>   Vio. of 18 U.S.C. § 924(c)(1)(A)(i) and (ii).<br><br>COUNT 6-7<br>FELON IN POSSESSION OF A FIREARM<br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

|  | CRIMINAL FORFEITURE ALLEGATION<br>18 U.S.C. §§ 924(d) and<br>28 U.S.C. §§ 2461(C), AND RULE 32.2(A), FED. R. CRIM. P |
|---|---|

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

#### Introduction

1. At all times material to this indictment, Lucky's Pull Tabs, located at 721 Gaffney Road Fairbanks, Alaska, and Five Aces Pull Tabs, located at 418 3rd Street Fairbanks, Alaska, were businesses in and affecting interstate commerce. Pull tab establishments affect interstate commerce in numerous ways, including but not limited to, use of goods manufactured outside of Alaska and shipped across state lines, use of credit card point of sale technology and services facilitating transactions across state lines, and use of automated teller machines facilitating banking transactions across state lines.

#### The Conspiracy

2. Beginning on or about August 1, 2023, and continuing until on or about August 5, 2023, within the District of Alaska, the defendants, TIMOTHY LYNN BECKINGHAM, MARK PAVEL CILOCI, AND MATTHEW DAVID WENDEL, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to affect commerce by robbery, as those terms are defined in 18 U.S.C. § 1951(a), by the unlawful taking of

business proceeds, money, and personal property from the person and presence of persons working and present at Lucky's Pull Tabs and Five Aces Pull Tabs, against their will, and by means of actual and threatened force, violence, and fear of injury, immediate and future, to such persons by threatening physical injury and death to them.

## Ways, Manner, and Means of the Conspiracy

3. Among the manner and means used by the defendant and coconspirators to achieve the objects of the conspiracy, were the following:

   a. It was part of the conspiracy that defendants CILOCI and WENDEL were co-conspirators and through the use of a Taurus model 85 hammerless .38 caliber revolver with serial number KD98506 and by actual and threatened physical violence, intended to take proceeds of Lucky's Pull Tabs and money and personal property from persons within Lucky's Pull Tabs.

   b. It was part of the conspiracy that defendants CILOCI and BECKINGHAM were co-conspirators and through the use of a Glock 44 .22 handgun with serial number AHHB204 handgun and by actual and threatened physical violence, intended to take proceeds of Five Aces Pull Tabs and money and personal property from persons within Five Aces Tabs.

## Overt Acts

4. In furtherance of the conspiracy, and to affect the objects thereof, the defendants, together with persons known and unknown to the Grand Jury, performed and caused to be performed certain overt acts in the District of Alaska and elsewhere, including, but not limited to the following:

OA1. On or sometime before August 4, 2023, BECKINGHAM provided CILOCI with his Glock 44 .22 caliber handgun.

OA2. On August 4, 2023, BECKINGHAM drove CILOCI to a parking lot near 5 Ace's Pull Tabs.

OA3. On August 4, 2023, CILOCI entered 5 aces's Pull Tabs, brandished the Glock 44 .22 handgun, and demanded money from the employee. CILOCI reached through the protective barrier, opened the cash register, and took all the money.

OA4. While CILOCI was in 5 Aces Pull Tabs, BECKINGHAM waited with the vehicle and acted as a getaway driver.

OA5. BECKINGHAM fled the area with CILOCI and dropped him off at another pull tab establishment. CILOCI put the Glock 44 .22 caliber handgun in the glove compartment and gave BECKINGHAM his share of the stolen cash.

OA6. On or about August 3, 2024, WENDEL sent a message to CILOCI on stating "yo I got a strap". CILOCI responded "let's get it then" "tonight?"

OA7. On or about August 4, 2023, CILOCI and WENDEL entered Luckys Pull Tabs.

OA8. WENDEL brandished a Taurus model 85 .38 caliber revolver and ordered an employee and patron to the corner of the room.

OA9. WENDEL held the victims at gunpoint while CILOCI went through Lucky's Pull Tabs looking for cash and other valuables. CILOCI emptied the

cash register, took money from the employee's purse, and took both victim's cell phones.

OA10. WENDEL and CILOCI fled the establishment.

All of which is in violation of 18 U.S.C. § 1951(a).

## COUNT 2

On or about August 4, 2023, within the District of Alaska, the defendants, MARK PAVEL CILOCI and MATTHEW DAVID WENDEL, did unlawfully obstruct, delay, and affect commerce by robbery, as those terms are defined in 18 U.S.C. § 1951(a), by the unlawful taking of business proceeds, money, and personal property from the person and in the presence of persons working at Lucky's Pull Tabs, against their will, and by means of actual and threatened force, violence, and fear of injury, immediate and future, to such persons by threatening physical injury and death to them.

All of which is in violation of 18 U.S.C. § 1951(a).

## COUNT 3

On or about August 4, 2023, within the District of Alaska, the defendants, MARK PAVEL CILOCI and MATTHEW DAVID WENDEL, did knowingly and intentionally use, carry, and brandish a firearm in furtherance of the crime of violence charged in Count 2 of this Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 4

On or about August 4, 2023, within the District of Alaska, the defendants, TIMOTHY LYNN BECKINGHAM and MARK PAVEL CILOCI, did unlawfully

obstruct, delay, and affect commerce by robbery, as those terms are defined in 18 U.S.C. § 1951(a), by the unlawful taking of business proceeds, money, and personal property from the person and in the presence of persons working at 5 Aces Pull Tabs, against their will, and by means of actual and threatened force, violence, and fear of injury, immediate and future, to such persons by threatening physical injury and death to them.

All of which is in violation of 18 U.S.C. § 1951(a).

## COUNT 5

On or about August 4, 2023, within the District of Alaska, the defendants, MARK PAVEL CILOCI and TIMOTHY LYNN BECKINGHAM, did knowingly and intentionally possess and brandish use, carry, and brandish a firearm in furtherance of the crime of violence charged in Count 4 of this Indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A) (ii).

## COUNT 6

On or about August 4, 2023, within the District of Alaska, the defendant, TIMOTHY LYNN BECKINGHAM, knowing that he had previously been of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: Glock 44 .22 caliber handgun.

## Conviction

| Conviction Date | Offense | Court | Case No |
| --- | --- | --- | --- |
| April 5, 2016 | Attempted Theft | State of Nevada | C31289-5 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

COUNT 7

On or about August 4, 2023, within the District of Alaska, the defendant, MATTHEW DAVID WENDEL, knowing that he had previously been convicted of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus model 85 hammerless .38 caliber revolver with serial number KD98506.

Conviction

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| May 29, 2018 | Assault 3 | State of Alaska | 4FA-17-01942CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 6 and 7 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 924(d) and 28 U.S.C. §§ 2461(c).

Pursuant to 18 U.S.C. §§ 924(d), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), or 924(c)(1)(A)(i), defendants, TIMOTHY LYNN BECKINGHAM, and MATTHEW DAVID WENDEL, shall forfeit to the United States any firearm or ammunition involved in or used in knowing violation of the offense, including but not limited to: a Glock 44 .22 caliber handgun serial number AHHB204, Taurus model 85 hammerless .38 caliber revolver serial number KD98506.

All of which is in violation of 18 U.S.C. §§ 924(d) and 28 U.S.C. §§ 2461(c), and Rule 32.2(a), Fed. R. Crim. P.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE: 9/19/2023